UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. DUNN, SR.,

                Plaintiff,

        -against-

SULLIVAN COUNTY JAIL, et al.,

                Defendants.

20-CV-3081 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff, while incarcerated in the Sullivan County Jail, filed this *pro se* action. By order dated May 14, 2020, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint. On June 15, 2020, the order was returned to the Court with a notation on the envelope indicating that Plaintiff is no longer held at that facility. Plaintiff has not complied with the Court's order and has failed to notify the Court of a change of mailing address.[1] Accordingly, the complaint is dismissed without prejudice.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf.*

---

[1] On May 28, 2020, the Court received a letter from Plaintiff stating that he was going to be released from custody. (ECF No. 8.) But Plaintiff did not provide a forwarding address and has not initiated any further contact with the Court.

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 27, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge