UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. DUNN, SR.,

                Plaintiff,

    -against-

SULLIVAN COUNTY JAIL, et al.,

                Defendants.

20-CV-3081 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued July 27, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to resubmit the signature page of the complaint.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 27, 2020
           New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge